IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MADELEINE BELL                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO.: 1:19-CV-197-SA-DAS

ALLSTATE INSURANCE COMPANY,
and DEVIN HILL                                                                                DEFENDANTS

ORDER

Presently before the Court is the Plaintiff's Motion to Change Venue [15] from the Aberdeen Division to the Oxford Division. The Plaintiff asserts that a change in venue is necessary for the convenience of the parties and witnesses associated with the case. The Defendants do not object to a change in venue.

Section 1404 of the United States Code provides that "for a convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it [the civil action] might have been brought or to any district or division to which all parties have consented." 28 U.S.C.A. §1404(a). The Plaintiff contends that latter of this rule applies here. As noted above, the Plaintiff cited convenience of the parties and witnesses as the basis for this request to have all hearings and or trials set in Oxford, Mississippi. Finding it necessary to accommodate all parties and witnesses associated with this case, the Court orders that the all future court proceedings, including hearings, conferences, and trials, will be scheduled, and conducted at the Federal Courthouse located in the Oxford, Mississippi. The Court, however, does not find it necessary to change the venue from the Aberdeen Division to the Oxford Division. Therefore, that aspect of the Plaintiff's request is denied.

For the reasons set forth above, the Plaintiff's Motion to Change Venue [15] is GRANTED in part and DENIED in part.

SO ORDERED this, the 15th day of June, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE